William C. Rava (*pro hac vice*)
WRava@perkinscoie.com
Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, Bar No. 300,221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 95130
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiffs
EPIC GAMES, INC. and EPIC GAMES
INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP JOSEFSSON, an individual; and ARTEM YAKOVENKO, an individual,<br><br>Defendants. | Case No. 4:17-cv-05961-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the concurrently filed Administrative Motion to Continue Case Management |
| 3 | Conference and Related Deadlines and the supporting Declaration of Holly M. Simpkins, and in |
| 4 | the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the |
| 5 | Case Management Conference and related deadlines are continued as follows: |
| 6 | 1. The Initial Case Management Conference is continued to April 17, 2018, at 2:00 |
| 7 | p.m. |
| 8 | 2. The last day to file a Rule 26(f) Report, complete initial disclosures or state |
| 9 | objection in Rule 26(f) Report and file Case Management Statement per Standing Order re |
| 10 | Contents of Joint Case Management Statement is continued to April 10, 2018. |
| 11 | 3. The last day to meet and confer regarding initial disclosures, early settlement, |
| 12 | ADR process selection, and discovery plan; file ADR Certification signed by Parties and |
| 13 | Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone |
| 14 | Conference is continued to March 27, 2018. |
| 16 | DATED: December 27, 2017 |
| 17 | Hon. Haywood S. Gilliam, Jr.<br>United States District Judge |